

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/25/2018 01:35 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:17-bk-01743-CPM | 13 | 03/03/2017 |

Chapter 13

**DEBTOR:**            Karen McDougall

**DEBTOR ATTY:**   James Elliott

**TRUSTEE:**          Jon Waage

**HEARING:**

1-CONTINUED Confirmation Hearing
2-Objection to Confirmation of the Debtor&#039;s Chapter 13 Plan Filed by Kenia L Molina on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A (related document (s)[10]). (Molina, Kenia) Doc #15
(LAST CONTINUANCE)
.

**APPEARANCES:**:
JAY PASSER; <B> KIMBERLY MCINTYRE </B>

**RULING:**
1-CONTINUED Confirmation Hearing.. CONT TO 10/24/18 AT 1:35 PM; ...<b>ANNOUNCED IN OPEN COURT NO FURTHER NOTICE GIVEN</b>...


2-Objection to Confirmation of the Debtor's Chapter 13 Plan Filed by Kenia L Molina on behalf of Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A (related document (s)[10]). (Molina, Kenia) Doc #15

(LAST CONTINUANCE)

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.